IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 3: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * |  |
| Plaintiff, | * |  |
| vs. | * | No. 03-20169-B |
| ERIC BROWN, | * |  |
| Defendant. | * |  |

### ORDER GRANTING GOVERNMENT'S MOTION
### TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant, ERIC BROWN, currently set for September 8, 2005, is hereby GRANTED, and the sentencing is hereby reset to Sept 27, 2005, at 10:00 a.m.

DONE at Memphis, Tennessee, this 6th day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-7-05

569

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 569 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT